Dismissed and Memorandum Opinion filed January 24, 2008








Dismissed
and Memorandum Opinion filed January 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01100-CV

____________

 

TONICIA SMITH, Appellant

 

V.

 

ARBOR COURT APARTMENTS, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 866200

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 11, 2006.  On January 16, 2008,
appellee filed an agreed motion to dismiss the appeal because the issues raised
in the appeal have become moot.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed January
24, 2008.

Panel consists of Justices Yates, Guzman, and Brown.